USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2025

# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
Main 212.571.0700
Fax 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

MEMO ENDORSED

July 8, 2025

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

*Ok, extension granted*
*Colleen McMahon*
*7/8/2025*

Re: Bathold v Hugo Boss Retail, Inc.
Case No.: 25-cv-03045 (CM)

Dear Judge McMahon:

    This firm represents Plaintiff in the above-captioned matter. We write to respectfully request a brief extension, to August 11, 2025, to file Plaintiff's opposition to Defendant's motion to dismiss (currently due July 10, 2025) or Plaintiff's amended complaint (currently due July 17, 2025). This is the first request of this kind. The reason for this request is that undersigned counsel is on vacation until July 28 and requires additional time to prepare the filings.

    Defendant consents to this request and respectfully seeks to revisit its deadline to submit a reply or answer when it is clear whether Plaintiff will file an opposition to the motion to dismiss or an amended complaint. Alternatively, Defendant requests 30 days to oppose or answer whichever filing Plaintiff submits.

    We appreciate the Court's attention to the above.

Sincerely,
/s/Michael Taubenfeld
Michael Taubenfeld