

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, New York 11747

Vernée C. Pelage
631.247.4763 direct
631.247.4700 main
vpelage@littler.com

August 25, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re:   *Bathold v. Hugo Boss Retail, Inc.,* No.: 25-cv-03045 (CM)

Dear Judge McMahon,

This firm represents Defendant Hugo Boss Retail, Inc. ("Hugo Boss") in the above-captioned matter. We write, with Plaintiff's consent, to request a 30-day extension of time, from August 25, 2025 to September 24, 2025 to move to dismiss the Amended Complaint. *See* Dkt. No. 16. The reason for this request is the Undersigned's competing deadlines, which were anticipated before Plaintiff's amendment of the complaint. *See* Dkt. No. 12.

By way of background, on June 26, 2025, Defendant filed a motion to dismiss the original Complaint. *See* Dkt. Nos. 10-11. On July 8, 2025, Plaintiff filed a request for an extension, from July 10 to August 11, 2025, to file either opposition to Defendant's motion to dismiss or an amended complaint. Defendant requested that the Court revisit its deadline to submit a reply in further support of its motion, or an answer to the amended complaint, after it was determined whether Plaintiff would oppose the motion or amend his complaint. *See* Dkt. No. 12. The Court granted Plaintiff's request on July 8, 2025, and on August 11, 2025, Plaintiff purported to file an Amended Complaint.[1]

---

[1] It is unclear whether the Amended Complaint has been accepted by the Court. As such, Defendant seeks this extension now in the abundance of caution. While Defendant has not yet conferred with Plaintiff's counsel regarding a proposed briefing schedule, it anticipates doing so in the coming days.

Hon. Colleen McMahon
August 25, 2025
Page 2

Thank you for your time and attention to this request.

Respectfully submitted,

Littler Mendelson, P.C.

/s/ Vernée C. Pelage

Daniel Gomez-Sanchez
Vernée C. Pelage

4916-1795-7729.3 / 073992.1149

OK. 30-day extension to September 24, 2025 is granted.

*Colleen McMahon*

8/28/2025